# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Hilary Ann Kost,
*also known as* Hilary Kost De Vary, et al.,

      Plaintiffs,

v.

John Hunt,
*Individually and in his capacity as an employee of* Minnesota Department of Natural Resources, et al.,

      Defendants.

Case No. 13-CV-0583 (JNE/TNL)
**ORDER**

This matter is before the Court on a Report and Recommendation issued by the Honorable Tony N. Leung, United States Magistrate Judge, on August 11, 2016 [Docket No. 277]. Plaintiffs objected, and the objection was responded to by previously-dismissed city, county, and police department Defendants. [*See* Docket Nos. 278, 280.] The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on this review, the Court accepts and adopts the Report and Recommendation.

Therefore, IT IS ORDERED THAT:

1. The Report and Recommendation [Docket No. 277] is ADOPTED.

2. This action is DISMISSED WITHOUT PREJUDICE as to Defendant John Hunt and the remaining Defendant John and Jane Does.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: September 27, 2016

                                                  s/Joan N. Ericksen
                                                  JOAN N. ERICKSEN
                                                  United States District Judge